CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:22-mj-04781-DUTY-1

| | |
|---|---|
| Case title: USA v. Perez | Date Filed: 12/07/2022 |
| Other court case number: 4:18CR10-SEB-VTW-6 Southern District of Indiana | Date Terminated: 12/07/2022 |

Assigned to: Duty Magistrate Judge

## Defendant (1)

| | | |
|---|---|---|
| **Julian Perez**<br>*TERMINATED: 12/07/2022* | represented by | **Adam M. Koppekin**<br>Bledstein and Koppekin, LLP<br>15915 Ventura Boulevard Suite 203<br>Encino, CA 91436<br>818-995-0801<br>Fax: 818-981-6098<br>Email: imblaw@imblaw.la<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Julian Perez, originating in the Southern District of Indiana. Defendant charged in violation of: 21:846. Signed by agent J Bravo, USMS, DUSM. USA. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Julian Perez; defendants Year of Birth: 1985; date of arrest: 12/7/2022 (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 3 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Julian Perez (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patricia Donahue as to Defendant Julian Perez. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's |

| | | |
|---|---|---|
| | | disclosure obligations; see General Order 21-02 (written order). Contested detention hearing held, granting 3 REQUEST for Detention as to Julian Perez (1). Defendant arraigned and states true name is as charged. Attorney: Adam M. Koppekin for Julian Perez, Retained, present. Court orders bail set as: Julian Perez (1) $20,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Indiana. Government ordered to provide defendant with date, time, and location on next hearing date and give to defense counsel. Court Smart: CS 12/7/22. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 5 | DECLARATION RE: PASSPORT filed by Defendant Julian Perez, declaring that I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 6 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Adam M. Koppekin appearing for Julian Perez (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Patricia Donahue as to Defendant Julian Perez. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Julian Perez. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 9 | SEALED Defendant Julian Perez arrested on warrant issued by the USDC Southern District of Indiana at New Albany. (Attachments: # 1 Charging Documents)(mhe) (Entered: 12/08/2022) |
| 12/08/2022 | | Notice to Southern District of Indiana of a Rule 5 or Rule 32 Initial Appearance as to Defendant Julian Perez. Your case number is: 4:18CR10-SEB-VTW-06. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Order on Request for Detention, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 12/08/2022) |