

Date of entry  08/30/2022

Pursuant to an arrest warrant issued in the Southern District of Indiana, Special Agents (SA's) and a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI) attempted to arrest JULIAN MANZO PEREZ aka JULIAN PEREZ ("PEREZ").

SA Kevin Schneider, SA Brady Cowan, SA Adam Yavner, SA Connor Ledbetter, SA Kristen Reed, SA Christopher Chase, SA Samantha Vona, SA Caleb Lyman, and TFO Darian Santaella participated in the operation. The following observations were made during the attempted arrest:

(All times are approximate)

10:25am - Surveillance was initiated in the vicinity of PEREZ's suspected address of 9136 Butternut Avenue, Bakersfield, California ("the Target Residence"). A 2008 Chevrolet Tahoe bearing California License Plate Number (CALP#) 8WSC271 was parked on the street in front of the Target Residence. A 1993 Ford truck bearing CALP# 4U67475 was parked in the driveway.

Sometime after surveillance was initiated, a female later identified as PEREZ's daughter, exited the Target Residence and placed a bag of trash in a trash can.

12:00pm (approximate) - A mid 2000's white Honda bearing paper license plates approached TFO Santaella's vehicle and then an arrest vehicle parked in front of the Target Residence. PEREZ was identified as the driver of the vehicle. He rolled his window down after approaching the arrest vehicle and then drove away at a high rate of speed. The surveillance team tried to follow PEREZ, but was unable to keep up with him.

Agents later returned to the Target Residence and attempted to knock on the door. SA's Cowan and Schneider spoke with two residents of 9137 Butternut Avenue, which was across the street from the Target Residence. A female interviewee stated that someone named Julian lived at the Target Residence with his girls. When asked why the 1993 Ford truck parked in the driveway of

---

Investigation on 07/28/2022 at Bakersfield, California, United States (In Person)

File # 245C-IP-4846608                                    Date drafted 08/02/2022

by COWAN BRADY H, CHASE CHRISTOPHER EDWARD, LYMAN CALEB, Kristen Reed, Darian Santaella, SCHNEIDER KEVIN, Samantha Elizabeth Vona , Connor L. Ledbetter, YAVNER ADAM RIIS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT

B

the Target Residence was registered to their address, the interviewee indicated that her father, who was also present, sold his vehicle to the man across the street whom SA's understood to be PEREZ.

SA's then tried again to knock on the door of the Target Residence. SA Cowan received a call from the Kern County Sheriff's Office (KCSO) dispatch that indicated an 18 year old woman named SAMANTHA had called 911 to say that the FBI was at her door. SAMANTHA later answered her door and told SA's that her father was self employed and drove multiple vehicles including the Tahoe, Ford, as well as others. SAMANTHA agreed to call her father, PEREZ, and ask him to come to the Target Residence. After interviewing SAMANTHA, SA's waited in front of the residence for PEREZ to return home.

At approximately 2:15pm SA's again approached the Target Residence and talked to SAMANTHA. At the SA's request, she attempted to call PEREZ, but was unable to reach him. SAMANTHA agreed to pass a message to PEREZ that SA's wished to speak with him. SA Cowan provided SAMANTHA with the phone number to the FBI's Bakersfield Resident Agency (RA) office.

An attorney named Mark Bledstein, cell phone number (818) 371-6777 (cell) and (323) 872-1902 (office) later called the Bakersfield RA and indicated that he represented JULIAN MANZO PEREZ, California Driver's License Number Y7437733, date of birth of January 13, 1985, and address of 9136 Butternut Avenue, Bakersfield, California. On July 29, 2022, a representative from Mr. Bledstein's office also called and sent a fax indicating they represented PEREZ.