# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.
JULIAN PEREZ

Case No: 4:18-cr-00010-SEB-VTW-6
USM No: 35048-510

Date of Original Judgment: 09/16/2025
Date of Previous Amended Judgment: ______
*(Use Date of Last Amended Judgment if Any)*

______
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/16/2025 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/27/2026

Effective Date: ______
*(if different from order date)*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cr-00010-SEB-VTW |
| | ) | |
| JULIAN PEREZ, | ) | -06 |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

Pending before the Court is Petitioner Julian Perez's Motion to Reduce Sentence filed pursuant to USSG Amendment 821 [Dkt. 571]. The Government has filed its response in opposition to the motion.

Being duly advised, the Court hereby **DENIES** the motion, finding Petitioner ineligible for a reduced sentence based on this amendment to the Sentencing Guidelines for the reason that applying the Amendment would not result in a reduction of Petitioner's original guideline range. USSG § 1B1.10.

Pursuant to the holding in Dillon v. U.S., 560 U.S. 817, 824 (2010) and the requirements set out in the applicable statutes (ie, 18 U.S.C. § 3582(c)(2) and the Sentencing Guidelines (§§ 4A1.1(a) and (e)), the changes effectuated by Amendment 821 to the Guidelines do not apply to Petitioner because his original guideline range would not be reduced, thus making him ineligible for a reduced sentence. To qualify for relief under § 3582(c)(2), a petitioner's sentencing range must be lowered by the Amendment.

Part B of Amendment 821 (now appearing as U.S.S.G.§4C1.1 (a)) allows for a 2-level reduction for (many) offenders who had zero criminal history points.

Petitioner Perez did not receive criminal history points as a part of his sentencing guideline computation. However, the Court previously granted him a two-level downward variance pursuant to this provision, and he is not entitled to any further reductions. He has received the relief he seeks here. His applicable guideline range was 135-168 months of imprisonment, and he received a sentence of 84 months on each of Couns One and Two to be served concurrently. To be eligible for relief, the sentencing range must be lowered by the applicable amendment. Here it does not. He is therefore ineligible for relief and his motion for reduction of sentence must be DENIED.

IT IS SO ORDERED.

Date: 8/27/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of Record via CM/ECF

Electronic Notice to U.S. Probation Office

Julian Perez
Reg. No. 35048-510
P.O. Box 10
Lisbon, OH 44432